JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HECTOR RODOLFO SOLARES Y SOLARES,

Petitioner,

v.

WARDEN / FACILITY ADMINISTRATOR, ADELANTO ICE PROCESSING CENTER; JAIME RIOS, Field Office Director, ICE ERO Los Angeles; DEPORTATION OFFICER CENDEJAS; TODD M. LYONS, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

Case No. 5:26-cv-02510-WLH-DSR

**FINAL JUDGMENT**

On May 16, 2026, the Court issued a temporary restraining order ("TRO") ordering Respondents to immediately release Petitioner Hector Rodolfo Solares Y Solares from detention and enjoining Respondents from continuing to detain

Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring, unless he is provided with an individualized bond hearing (with reasonable notice and opportunity to prepare) before an immigration judge pursuant to 8 U.S.C. § 1226(a). (TRO, Dkt. No. 12). On May 29, 2026, the Court held oral argument on whether a preliminary injunction should issue. At the hearing, Respondents consented to the adoption of the terms of the TRO as the final judgment and permanent injunction in this case.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Petition is **GRANTED**. Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner, or placing any other restriction on Petitioner's liberty without proper process pursuant to the terms of the TRO issued on May 16, 2026. Respondents are **ORDERED** to serve a copy of this Final Judgment on Petitioner at his last known address.

Dated: May 29, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2